CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

ALEXANDER MEHDIPOUR (SBN: 278569)
Alex@Mehdlaw.com
MEHDIPOUR LAW, PC
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (424) 371-6702
Attorney for Defendant
Fab LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>    Plaintiff,<br><br>  v.<br><br>FAB LLC, a California Limited Liability Company<br><br>    Defendants. | Case: 5:20-cv-08908-VKD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: March 31, 2021                    CENTER FOR DISABILITY ACCESS

                                         By: /s/ Amanda Seabock
                                             Amanda Seabock
                                             Attorneys for Plaintiff

Dated: March 31, 2021                    MEHDIPOUR LAW, PC

                                         By: /s/ Alexander Mehdipour
                                             Alexander Mehdipour
                                             Attorneys for Defendant
                                             Fab LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Alexander Mehdipour, counsel for Fab LLC, and that I have obtained Mr. Mehdipour's authorization to affix his electronic signature to this document.

Dated: March 31, 2021          CENTER FOR DISABILITY ACCESS

                               By: /s/ Amanda Seabock
                                   Amanda Seabock
                                   Attorneys for Plaintiff